UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA THROWER,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; U.S.<br>BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR LEHMAN XS TRUST<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2006-4N; and<br>DOES 1-10, Inclusive.<br><br>        Defendants. | CASE NO. 2:17-CV-00766-WBS-KJN<br><br>**ORDER DENYING DEFENDANTS'<br>COUNSEL'S REQUEST TO APPEAR<br>TELEPHONICALLY AT THE JUNE 26,<br>2017 HEARING** |

**IT IS HEREBY ORDERED THAT:**

      The Administrative request to appear telephonically at the hearing on June 26, 2017 is

DENIED.  The court prefers to hear arguments of counsel on this motion in person.

Dated:  June 14, 2017

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE (CCP 1013a, 2015.5, FRCP 5(d))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I, Alexander Lauvray, hereby certify that on June 14, 2017, a true and correct copy of **[PROPOSED] ORDER GRANTING DEFENDANTS' COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 26, 2017 HEARING** was filed electronically and is available for viewing and downloading from the ECF system. **Unless noted with asterisk (\*) below, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:**

| | |
|---|---|
| Laleh Ensafi, Esq. | Attorneys for Plaintiff |
| NEWPORT LAW, PC | *Roberta Thrower* |
| 3991 MacArthur Blvd., Suite 400 | |
| Newport Beach, CA 92660 | |
| Telephone:  (888) 503-2123 | |
| Facsimile: (888) 503-3123 | |
| Email: ensafilaw@gmail.com | |

**\* VIA U.S. MAIL – PREPAID FIRST CLASS**

I served the aforesaid listed part(ies) designated with an asterisk (\*) with the envelope for collection and mailing following ordinary practices.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Diamond Bar, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration. Executed on June 14, 2017, at Diamond Bar, California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                         Alexander Lauvray
                     /s/ Alexander Lauvray