UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERTA THROWER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4N; and DOES 1-10, inclusive,<br><br>    Defendants. | NO. 2:17-CV-00766 WBS KJN |
| ROBERTA THROWER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4N; and DOES 1 through 50, inclusive,<br><br>    Defendants. | NO. 2:17-CV-001627 TLN GGH |

1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve the same parties and are based on similar claims, in that plaintiff in both cases is attempting to block the foreclosure of her home and seeks to quiet title to the same property. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Thrower v. Nationstar Mortgage LLC, No. 2:17-00766 WBS KJN, and Thrower v. Nationstar Mortgage LLC, No. 2:17-01627 TLN GGH, be, and the same hereby are, deemed related. The case denominated Thrower v. Nationstar Mortgage LLC, No. 2:17-01627 TLN GGH, shall be reassigned to the Honorable WILLIAM B. SHUBB. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Thrower v. Nationstar Mortgage LLC, No.

2:17-01627 WBS KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: September 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE